71,041-04,05,06
11-23-2015

Elton Powell # 764204
Bill Clement unit 960 Spur(591)
Amarillo TX 79107

Dear Clerk I need to

know if my HeBeas Corpus

has Been DIS MISS

Yes or NO

Thank for you time in help

in This matter

Elton Powell

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk